UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACORY TYSHON TOWNSEND, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALABAMA, ) <br> ) <br> Respondent. ) | Case No.: 2:19-cv-01706-ACA-JEO |

**ORDER**

On November 8, 2019, the magistrate judge entered a report and recommendation, recommending that the court transfer this action to the United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. §§ 1631, 2241(d). (Doc. 3). Although the magistrate judge advised Petitioner Jacory Tyshon Townsend of his right to file specific written objections within 14 days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation.

Accordingly, the court **TRANSFERS** the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 in the above-styled cause to the United States District Court for the Middle District of Alabama. Mr. Townsend's application for

leave to proceed *in forma pauperis* is left for the receiving court's consideration. (Doc. 2).

The Clerk is **DIRECTED** to mail a copy of this order to Mr. Townsend.

**DONE** and **ORDERED** this December 12, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE